```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :     21cr134 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
 HASANI JOHN,                           :
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The above-captioned case was assigned to this Court on March 2, 2021.  The defendant is in custody.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference for his arraignment.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  It is hereby

    ORDERED that the arraignment and initial conference is scheduled **March 19, 2021** at **11:00 AM.**

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(A), the time from today until March 19, 2021 is excluded in the interest of justice.  This exclusion outweighs the best interest of the defendant and the public in a speedy trial since it will permit arrangements to be made during the pandemic for the defendant's appearance at the conference, either remotely or in person.  It will also permit the parties to consult with each

other about a schedule in this case and to be prepared to recommend an appropriate schedule at the conference of March 19. At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any further exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **12:00 PM** on **March 5, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

SO ORDERED:

Dated:   New York, New York
         March 3, 2021

_____
DENISE COTE
United States District Judge