```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :       21cr134 (DLC)
UNITED STATES OF AMERICA                  :
                              Plaintiff,  :          ORDER
              -v-                         :
                                          :
HASANI JOHN,                              :
                              Defendant.  :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2021

DENISE COTE, District Judge:

On March 5, 2021, defense counsel informed the Court that the defendant prefers that the **March 19** arraignment and initial appearance occur via videoconference as opposed to in person, or by telephone if a videoconference is not available. The Court has been informed that it is not possible to arrange a videoconference with the defendant on that day or on any date near March 19. Accordingly, it is hereby

ORDERED that the proceeding **is rescheduled for March 17, 2021 at 12:00 PM** and shall take place by telephone. The dial-in credentials for the telephone conference are the following:

```
Dial-in:         888-363-4749
Access code:     4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that that counsel for the Government and the defendant will consult in advance of the conference to

reach agreement, if possible, on a proposed date for the trial, as further set forth in this Court's Order of March 3, 2021.

SO ORDERED

Dated:   New York, New York
         March 12, 2021

                                    _____
                                    Denise Cote
                                    United States District Judge