```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :   21CR0134 (DLC)
                                         :
        -v-                              :   ORDER
                                         :
HASANI JOHN,                             :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Donald Yannella having requested on March 15, 2021 that he be relieved as counsel for the defendant, it is hereby

ORDERED that Mr. Yannella's request is granted.

IT IS FURTHER ORDERED that the C.J.A. attorney on duty today, Scott B. Tulman, is appointed to represent the defendant.

IT IS FURTHER ORDERED that Mr. Tulman shall participate in the arraignment scheduled for Wednesday, March 17, 2021 at 12 p.m., to occur by telephone.  The dial-in credentials for the telephone conference are the following:

```
        Dial-in:       888-363-4749
        Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that that counsel for the Government and the defendant will consult in advance of the conference to

reach agreement, if possible, on a proposed date for the trial, as further set forth in the Order of March 3, 2021.

Dated:    New York, New York
          March 15, 2021

```
                         _____
                              DENISE COTE
                         United States District Judge
```