LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

January 21, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Hasani John
> ~~19 Cr. 116 (KMW)~~
> 21cr134

Dear Judge Cote:

[Handwritten annotation: Denied. Should defense counsel need assistance arranging for a telephone conference with the defendant, he may ask the Government for assistance. /s/ Denise Cote 1/24/22]

I am counsel for Defendant Hasani John. Mr. John is scheduled to be sentenced on February 3, 2022, at 2 p.m. I write to respectfully request that the sentencing in this matter be adjourned forty-five days and that the dates for sentencing submissions be adjusted in conformity with the adjourned date for sentencing. There have been no prior requests for this relief and the Government has no objection to this adjournment.

I seek the adjournment because the lockdown in the MDC resulting from the pandemic has severely delayed and impacted my ability to meaningfully communicate with my client. Further, I have not yet received letters and other information required to file my sentencing submission. The length of the adjournment sought takes into consideration, among other things, counsels' unavailability on account of trial and hearing commitments in late February and early March, 2022.

I thank the Court for its consideration of this request. Subject to the Court's convenience, we request that sentencing in this matter be adjourned to the week beginning March 14, 2022.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Christy Slavik, Esq. Assistant United States Attorney
Hasani John #16658-509