UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :      21cr134 (DLC)
                                        :
HASANI JOHN,                            :      ORDER
                                        :
                       Defendant.       :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    This case having been remanded for the purpose of resentencing, it is hereby

    ORDERED that a resentencing is scheduled for **March 31, 2023 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.  Any submissions counsel wish to file in connection with this proceeding shall be filed by March 24, 2023.

    SO ORDERED:

Dated:   New York, New York
         February 14, 2023

                                                _____
                                                   DENISE COTE
                                    United States District Judge