**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2023

**BY CM/ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Hasani John*, 21 Cr. 134 (DLC)

Dear Judge Cote:

    The Government respectfully submits this letter in advance of the resentencing for the defendant in the above-captioned matter, which is currently scheduled to take place on March 31, 2023. The Government has been informed that the defendant, who is incarcerated at FCI Victorville in California, will not arrive to this District until April 2023. Accordingly, the Government respectfully requests that the defendant's resentencing be adjourned until April 14, 2023 at 2:00 p.m.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/
    Christy Slavik
    Assistant United States Attorney
    (212) 637-1113

Cc: Counsel of Record (by ECF)

*So ordered.*
*/s/ Denise Cote*
*3/20/23*